Jacqueline M. James, Esq. (CT29991)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601 T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:24-cv-03551-BAH |
| | ) | |
| v. | ) | Judge Beryl A. Howell |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 71.246.221.250, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.246.221.250, are voluntarily dismissed without prejudice.

Dated: January 31, 2025

Respectfully submitted,

By: /s/ *Jacqueline M. James*_____

Jacqueline M. James, Esq. (CT29991)

The James Law Firm, PLLC

*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Jacqueline M. James*
Jacqueline M. James, Esq.